# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIG CAT RESCUE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-14-377-M |
| ) | |
| G.W. EXOTIC ANIMAL MEMORIAL ) | |
| FOUNDATION, and ) | |
| THE GAROLD WAYNE INTERACTIVE ) | |
| ZOOLOGICAL FOUNDATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Greater Wynnewood Exotic Animal Park, LLC's ("Greater Wynnewood") Motion for Immediate Intervention of Right, filed October 20, 2016. On November 10, 2016, plaintiff responded, advising the Court it did not oppose Greater Wynnewood's motion, and on November 17, 2016, Greater Wynnewood replied.[1] Upon review of Greater Wynnewood's unopposed motion, and for good cause shown, the Court GRANTS Greater Wynnewood's Motion for Immediate Intervention of Right [docket no. 264]. Greater Wynnewood is granted leave to intervene in this action.

**IT IS SO ORDERED this 16th day of December, 2016.**

*[signature]*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] In the future, the Court would encourage the parties to address the motion at hand and refrain from including unnecessary information in their responsive pleadings.