## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BIG CAT RESCUE CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-14-377-SLP |
| G.W. EXOTIC ANIMAL MEMORIAL FOUNDATION, GAROLD WAYNE INTERACTIVE ZOOLOGICAL FOUNDATION, GREATER WYNNEWOOD DEVELOPMENT GROUP, LLC, and BIG CAT INSTITUTE, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| GREATER WYNNEWOOD EXOTIC ANIMAL PARK, LLC, | ) ) ) |
| Intervenor/Counterclaim Defendant, | ) ) |
| v. | ) ) |
| BIG CAT RESCUE CORP., | ) ) |
| Intervenor-claim Defendant/Counterclaimant. | ) |

## **<u>CLERK'S ENTRY OF DEFAULT</u>**

Pursuant to Fed R. Civ. P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that Defendants Greater Wynnewood Development Group, LLC and Big Cat Institute have been served and have failed to plead or otherwise defend

in this action, as provided in the Federal Rules of Civil Procedure. The Defendants Greater Wynnewood Development Group, LLC and Big Cat Institute are therefore in default.

                              CARMELITA REEDER SHINN, CLERK OF COURT
                                   UNITED STATES DISTRICT COURT

                    By:       */s Marcia J. Davis*       .
                                            Deputy Clerk